UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMARI J. MOODY.,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED STATES POSTAL SERVICE; POSTMASTER GENERAL LOUIS DEJOY.,<br><br>Defendants. | 25 CIVIL 09790 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the September 4, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 15, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge